UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| JOHN DAVID MCDOWELL<br>PENNY DEELEY MCDOWELL | CASE NO. 20-32961 (3) |
| Debtor(s) | |

## O R D E R

This matter having been scheduled for hearing on October 11, 2023 regarding the Trustee's motion for the debtor(s) to appear and show cause why this Chapter 13 bankruptcy case should not be dismissed for failure to make payments in accordance with the Order of Confirmation, and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the debtor(s) resume making payments in accordance with the Order of Confirmation.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that should the debtor(s) fail to comply with this Order or again become in arrears under the Plan, the Trustee shall file a motion to dismiss this case, which may be granted without further notice or hearing.

Alan C. Stout
United States Bankruptcy Judge

Dated: October 17, 2023

alo